■ In the Matter of the Estate of JAY METTLER, Deceased. NICHOLAS T. MONTALTO, Appellant; LAURA METTLER, Respondent. [724 NYS2d 859] —Order, Surrogate's Court, New York County (Renee Roth, S.), entered on or about February 25, 2000, which, in an estate accounting, *inter alia*, determined the value of appellant attorney's services to the estate, unanimously affirmed, without costs.

Appellant was not entitled to a hearing on the issue of the value of his services, having expressly waived any right thereto (*see, Matter of Goldman v Goldman*, 201 AD2d 860, 862). The record supports the findings of the Surrogate underlying her assessment of appellant's services. Concur—Sullivan, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ.